Filed 4/5/21  P. v. Cowan CA2/6

# NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION SIX

| | |
|---|---|
| THE PEOPLE, | 2d Crim. No. B307766 |
| Plaintiff and Respondent, | (Super. Ct. No. F493872) (San Luis Obispo County) |
| v. | |
| RONALD JOHN COWAN, | |
| Defendant and Appellant. | |

Ronald John Cowan pled no contest to one count of lewd acts with a child under age 14.  (Pen. Code, § 288, subd. (a).)  The court sentenced him to a total term of eight years and imposed various fines and fees.  Cowan appeals his sentence.

We appointed counsel to represent Cowan in this appeal. After examining the record, he filed a brief raising no issues.

On January 26, 2021, we advised Cowan by mail that he had 30 days within which to personally submit any contentions or issues that he wished to raise on appeal.  We received no reply.

We have reviewed the entire record and are satisfied that Cowan's attorney has fully complied with his responsibilities and

that no arguable issue exists.  (*People v. Wende* (1979) 25 Cal.3d 436, 441.)

The judgment is affirmed.

NOT TO BE PUBLISHED.


GILBERT, P. J.


We concur:


YEGAN, J.


PERREN, J.

Jacquelyn H. Duffy, Judge

Superior Court County of San Luis Obispo

_____

Richard B. Lennon, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.